# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN D. LOCKETT,<br><br>Petitioner,<br><br>v.<br><br>RICHARD B. IVES, Warden,<br><br>Respondent. | Case No. CV 14-7441 PSG (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: 12/8/14

HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE